JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE HARDIMAN,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>WARDEN J. ENGLEMAN,<br><br>　　　　　Respondent. | Case No. 2:22-cv-06504-DSF-PD<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is dismissed without prejudice.

IT IS SO ORDERED.

DATED: January 17, 2023

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE